CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br>**Gerson Francisco Cerrato-Bejarano**<br>YOB: 1988; Honduras Citizen | DOCKET NO. |
|---|---|
| | MAGISTRATE'S CASE NO. **18-08636MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about May 28, 2018, at or near Kupk, in the District of Arizona, **Gerson Francisco Cerrato-Bejarano**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on March 9, 2016 and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

Count 2: On or about May 27, 2018, at or near Lukeville, in District of Arizona, **Gerson Francisco Cerrato-Bejarano**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Gerson Francisco Cerrato-Bejarano** is a citizen of Honduras. On March 9, 2016, **Gerson Francisco Cerrato-Bejarano** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona. On May 28, 2018, agents found **Gerson Francisco Cerrato-Bejarano** in the United States at or near Kupk, Arizona without the proper immigration documents. **Gerson Francisco Cerrato-Bejarano** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Gerson Francisco Cerrato-Bejarano** admitted to illegally entering the United States of America from Mexico on or about May 27, 2018, at or near Lukeville, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>CMN/JJO<br>AUTHORIZED AUSA /s/Carolyn M. Nedder | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE<br><br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 30, 2018 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54